IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| PANUNCIO ALVAREZ, | § § § | |
| *Plaintiff,* | § § | |
| VS. | § § | CIVIL ACTION NO. 5:15-CV-00103 |
| ARTHUR ARD AND COZY TRUCKING, INC. | § § § § | |
| *Defendant.* | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Panuncio Alvarez and Defendants Arthur Ard and Cozy Trucking, Inc. file this Stipulation of Dismissal pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii). The parties hereby stipulate and agree that they have compromised and settled all claims arising out of the automobile accident made the basis of this suit. Plaintiff Panuncio Alvarez and Defendants Arthur Ard and Cozy Trucking, Inc. hereby stipulate and agree that Plaintiff's claims against Defendants are hereby voluntarily dismissed, with costs taxed against the parties incurring same.

Respectfully submitted,

WYATT LAW FIRM, LTD.

By: /s/ Paula A. Wyatt
PAULA A. WYATT (Attorney-In-Charge)
State Bar No. 10541400
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
(210) 340-5550; Fax: (210) 340-5581

**ATTORNEYS FOR PLAINTIFF PANUNCIO ALVAREZ**

- 2 -

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:    */s/ William R. Moye*
      WILLIAM R. MOYE (Attorney-In-Charge)
      State Bar No. 24027553
      Federal I.D. No. 34007
      One Riverway, Suite 1400
      Houston, Texas 77056
      Tel.: (713) 403-8210 | Fax: (713) 403-8299

**Attorney-In-Charge for Defendants**
**Arthur Ard and Cozy Trucking, Inc.**

OF COUNSEL:

THOMPSON, COE, COUSINS & IRONS, L.L.P.

ANDREW J. MCCLUGGAGE
State Bar No. 24065708
Federal I.D. No. 1035696

**Of Counsel for Defendants**
**Arthur Ard and Cozy Trucking, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of December, 2016, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

***Via Electronic Filing***
Paula A. Wyatt
Gavin McInnis
WYATT LAW FIRM, LTD.
70 NE Loop 410, Suite 725
San Antonio, Texas 78216
***Counsel for Plaintiffs***

                                          */s/ William R. Moye*
                                          WILLIAM R. MOYE